**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Stephanie A. Blazewicz, California Bar No. 240359
Haley T. Albertine, California Bar No. 286946
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  marcy.bergman@bryancave.com
  stephanie.blazewicz@bryancave.com
  haley.albertine@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>  Plaintiff,<br><br>vs.<br><br>UNIVERSALITY & CHANGE LIMITED PARTNERSHIP D/B/A 24 FOOTWEAR, a company of Japan; ESH INTERNATIONAL, INC., a California corporation; and DOES 1-50,<br><br>  Defendants. | Case No. 3:13-cv-06002-SI<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR SERVICE OF COMPLAINT<br><br>Judge: Honorable Susan Illston |

The Court has considered Plaintiff's Administrative Motion and Request for Continuance of Case Management Conference and Extension of Time for Service of the Complaint. Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The April 4, 2014 case management conference is **CONTINUED** to July 11, 2014 at 2:30 p.m. in Courtroom 10, 19th floor. A case management statement shall be filed by July 4, 2014. The deadline for Plaintiff to serve the Complaint is extended until June 30, 2014. This Order Terminates Docket Number 5.

**IT IS SO ORDERED.**

Dated: _____3/27/14_____

Honorable Susan Illstron
Judge of the District Court
Northern District of California