Marc Mastriano (SBN 270311)
LAW OFFICE OF MARC MASTRIANO
321 N Willowspring Dr
Encinitas, CA 92024
Phone: 714-724-7151
Email: marcmastriano@gmail.com

HALEY AUSTIN LAW (*Pro Hac Vice*)
R. Haley-Austin (IL Bar 6304777)
9449 S. Kedzie Ave, Ste 242
Evergreen Park, Il 60805
Phone: 312-380-9456
Fax:    866-665-6324
Email: rita@haleyaustinlaw.com
       admin@haleyaustinlaw.com

Noticing Attorney:    R. Haley-Austin
                      rita@haleyaustinlaw.com


Attorney for Defendants
ESH INTERNATIONAL, INC and
UNIVERSALITY & CHANGE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNTATIONAL LTD, a company of the United Kingdom,<br><br>        Plaintiff<br>vs.<br><br>UNIVERSALITY & CHANGE D/B/A 24 FOOTWEAR, a company of Japan; ESH INTERNATIONAL, INC., a California corporation, etc.<br><br>        Defendants. | Case No.: 3:13-cv-06002-SI<br><br>UNIVERSALITY & CHANGE and ESH INTERNATIONAL, INC'S ANSWER TO PLAINTIFFS COMPLAINT FOR TRADEMARK INFRINGEMENT<br><br>Honorable Susan Illston |

DATED: July 8, 2014

UNIVERSALITY & CHANGE LIMITED and ESH INTERNATIONAL INC's ANSWER TO

PLAINTIFF'S COMPLAINT FOR TRADEMARK INFRINGEMENT

Defendant Universality & Change Limited ("UCL") and Defendant ESH International, Inc. ("ESH"), collectively "Defendants," answers the Complaint for Federal Trademark Infringement; Federal False Designation of Origin; Trademark Dilution; California Statutory Unfair Competition; Common Law Unfair Competition; and California Statutory Trademark Dilution filed on December 30, 2013 by Plaintiff Airwair International Ltd. ("Airwair") as follows:

1. Defendants are without sufficient knowledge or information sufficient to form a belief as to the allegations of paragraph 1, and therefor denies them.

2. Defendants admit the allegations in paragraph 2.

3. Defendants deny the allegations in paragraph 3.

4. Defendants deny the allegations in paragraph 4.

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and therefore denies them.

**JURISDICTION AND VENUE**

8. Defendants admit that jurisdiction is proper in the Northern District of California. Defendants deny any remaining allegations in paragraph 8.

9. Defendants deny the allegations in paragraph 9.

10. Defendants admit that ESH d/b/a have conducted business in this district. Defendants deny any remaining allegations in paragraph 10.

**FACTUAL ALLEGATIONS**

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and therefore deny them.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and therefore deny them.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and therefore deny them.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and therefore deny them.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, and therefore deny them.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and therefore deny them.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, and therefore deny them.

18. Defendants deny the allegations in paragraph 18.

19. Defendants deny the allegations in paragraph 19.

20. Defendants deny they have offered for sale, advertised and promoted in the United States, through retailers, the internet or otherwise products which infringe the rights of Plaintiff. Defendants deny any remaining allegations in paragraph 20.

21. Defendants deny the allegations in paragraph 21.

22. Defendants admit that what appear to images of footwear and a receipt of sorts are attached to Plaintiffs complaint, but is without sufficient knowledge or information to for a belief as to the truth of the remaining statements and allegations in paragraph 22.

23. Defendants deny they have offered for sale infringing footwear.

24. Defendants deny that they have copied Plaintiffs trademarks, trade dress, style or configuration of Plaintiffs products. Defendants deny all remaining allegations in paragraph 24.

25. Defendants deny the allegations in paragraph 25.

### FIRST CLAIM FOR RELIEF

### (Trademark Infringement)

26. Defendants incorporate by reference its responses to the allegations of paragraphs 1 through 25 above as Defendants' response to paragraph 26.

27. Defendants deny the allegations in paragraph 27.

28. Defendants deny the allegations in paragraph 28.

29. Defendants deny the allegations in paragraph 29.

30. Defendants deny the allegations in paragraph 30.

### SECOND CLAIM FOR RELIEF

### (Federal Unfair competition and False Designation of Origin)

31. Defendants incorporate by reference its responses to the allegations of paragraph 1 through 25 above as Defendants' response to paragraph 31.

32. Defendants deny the allegations in paragraph 32.

33. Defendants deny the allegations in paragraph 33.

### THIRD CLAIM FOR RELIEF

### (Federal Trademark Dilution)

34. Defendants incorporate by reference their responses to the allegations in paragraphs 1 through 25 above as their response to paragraph 34.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35, and therefore deny them.

36. Defendants deny the allegations in paragraph 36.

37. Defendants deny the allegations in paragraph 37.

38. Defendants deny the allegations in paragraph 38.

39. Defendants deny the allegations in paragraph 39.

### FOURTH CLAIM FOR RELIEF

### (Unfair Competition – California)

40. Defendants incorporate by reference their responses to the allegations of paragraphs 1 through 25 above as their response to paragraph 40 of Plaintiffs complaint.

41. Defendants deny the allegations in paragraph 41, and specifically deny that Defendants made unlawful use and imitation of Plaintiffs trademarks or trade dress in connection with the manufacture, sale, marketing or distribution of Defendants products.

42. Defendants deny the allegations in paragraph 42, and specifically deny all allegations that Defendants have a pattern or practice of imitating Plaintiffs trademarks or trade dress, or that of any other party.

43. Defendants deny the allegations in paragraph 43.

### FIFTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

44. Defendants incorporate by reference their responses to the allegations of paragraphs 1 through 25 above as their response to paragraph 44 of Plaintiff's complaint.

45. Defendant deny the allegations in paragraph 45, specifically that Defendants have used or imitated Plaintiffs Trademarks or Trade Dress in any way.

46. Defendants deny the allegations in paragraph 46, and specifically denies that Defendants have acted in any way that is misrepresentative, fraudulent or deceitful.

## SIXTH CLAIM FOR RELIEF

### (Dilution-California)

47. Defendants incorporate by reference their responses to the allegations of paragraphs 1 through 25 as their response to paragraph 47 of Plaintiffs complaint.

48. Defendants deny the allegations in paragraph 48.

49. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49, and therefore denies them.

50. Defendants deny the allegations in paragraph 50.

51. Defendants deny the allegations in paragraph 51.

## PRAYER FOR RELIEF

These paragraphs set forth the statement of relief requested by Airwair to which no response is required. Defendants deny that Plaintiff Airwair is entitled to any of the requested relief and denies any allegations contained in the Prayer for Relief to which a response is required.

## JURY DEMAND

Airwairs demand that all issues be determined by a jury does not state any allegation, and Defendants are not required to respond.  To the extent that any allegations are included in the demand, Defendants deny those allegations.

Defendants Universality & Change and ESH International deny each and every allegation of Airwairs complaint not specifically admitted or otherwise responded to above.  The Defendants specifically deny that Defendants have infringed or is liable for infringement of any valid trademarks or trade dress rights of Airwair.  Defendants further deny Airwair is entitled to any relief whatsoever of any kind against Universality & Change or ESH International as a result of any act of the Defendants or any person or entity acting on behalf of Defendants.

*[The rest of this page intentionally left blank]*

## DEFENSES

### First Defense- No Trademark or Trade Dress Infringement

1. Defendants have not infringed, do not infringe (directly or indirectly), and is not liable for infringement of any valid trademark or registered trade dress rights of Airwair under any federal or state law.

### Second Defense- De Minimis Copying

2. Airwair's claims for infringement are barred by the doctrine of de minumus copying. While Defendants deny any intentional copying or replication of Plaintiffs protectable marks or dress, any similarity to Plaintiffs products have been de minimus.

### Third Defense- Independent Creation

3. The products manufactured, marketed, and distributed by Defendants are the sole creation of Defendant ESH, and were created independently and without reference to any works, protected or otherwise, by Plaintiff or any other party.

### Fourth Defense- Innocent Infringement

4. The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, was innocent.

### Fifth Defense- No Damage

5. Without admitting that the Complaint states any valid claim, there has been no damage, in any amount, manner or at all by reason of any acts alleged against Defendants in the Complaint, and thus, the requested relief cannot be granted.

### Sixth Defense- No Injunctive Relief

6. Airwair has not suffered any irreparable injury due to Defendants actions. Plaintiff asserts that its marks are known worldwide and are world acclaimed. Defendants' products were not, and could not be reasonably mistaken for Plaintiffs products, confused with Plaintiffs products, or believed to be endorsed by or otherwise associated with Plaintiff's products.

7. Airwair's claims for injunctive relief are barred because the Plaintiff cannot show that it will, or has suffered any irreparable harm due to Defendants actions.

### Seventh Defense- Adequacy of Remedy at Law

8. The alleged injury or damages suffered by Plaintiff, if any, would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

**Additional Defenses**

9. Defendants reserve the right to assert additional defenses based on information learned or obtained during discovery.

WHEREFORE, Defendants pray for judgment as follows:

    a. That the Complaint and each and every claim for relief therein be dismissed with prejudice.

    b. That each party bears its own costs and attorney's fees.

    c. For such other relief that the Court deems just and proper.

DATED: July 8, 2014             **ESH INTERNATIONAL, INC**
                                           **UNIVERSALITY & CHANGE LIMITED**

                                           By:    /s/ R. Haley-Austin

                                           Marc Mastriano (SBN 270311)
                                           LAW OFFICE OF MARC MASTRIANO
                                           321 N Willowspring Dr
                                           Encinitas, CA 92024
                                           Phone: 714-724-7151
                                           Email: marcmastriano@gmail.com

                                           RITA HALEY-AUSTIN (*Pro Hac Vice*)
                                           rita@haleyaustinlaw.com
                                           HALEY AUSTIN LAW
                                           9449 S. Kedzie Ave, Ste 242
                                           Evergreen Park, Il 60805
                                           Phone: 312-380-9456
                                           Fax:    866-665-6324

                                           ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading will be filed with the Clerk of Court of the Northern District of California. A copy of the same is hereby served upon the following persons by way of the stated method.

(*Electronic mail service to stephanie.blazewicz@bryancave.com*):

Stephani Blazewicz
BRYAN CAVE LLP
Counsel for Plaintiff Airwair International
560 Mission Street, 25th Floor
San Francisco, CA 94105


By:     /s/ R. Haley-Austin
        Attorney for Universality & Change and ESH International Inc.