IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AIRWAIR INTERNATIONAL LTD.,      No. C 13-06002 SI

    Plaintiff,      **PRETRIAL PREPARATION ORDER**

v.

UNIVERSALITY AND CHANGE LIMITED PARTNERSHIP ET AL,

    Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 31, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 30, 2015.

DESIGNATION OF EXPERTS: 1/23/15; REBUTTAL: 2/2/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 20, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 13, 2015;

    Opp. Due March 27, 2015;  Reply Due April 3, 2015;

    and set for hearing no later than April 17, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 7, 2015 at 3:30 PM.

JURY TRIAL DATE: July 20, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties are informally discussing settlement and feel that they are close to resolving this case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/21/14

                         SUSAN ILLSTON
                         United States District Judge