1  **BRYAN CAVE LLP**
   Marcy J. Bergman, California Bar No. 75826
2  Stephanie A. Blazewicz, California Bar No. 240359
   Haley T. Albertine, California Bar No. 286946
3  560 Mission Street, 25th Floor
   San Francisco, CA 94105
4  Telephone:     (415) 675-3400
   Facsimile:     (415) 675-3434
5  Email:         marcy.bergman@bryancave.com
                  stephanie.blazewicz@bryancave.com
6                 haley.albertine@bryancave.com

7  Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.
8

9                   **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | AIRWAIR INTERNATIONAL LTD., a | Case No. 3:13-cv-06002-SI |
13 | company of the United Kingdom, | |
   | | **CONSENT JUDGMENT AND** |
14 | Plaintiff, | **PERMANENT INJUNCTION** |

15 vs.

16 UNIVERSALITY & CHANGE LIMITED     Date Action Filed: December 31, 2013
   PARTNERSHIP D/B/A 24 FOOTWEAR, a   Judge: Honorable Susan Illston
17 company of Japan; ESH INTERNATIONAL,
   INC., a California corporation; and DOES 1-
18 50,

19        Defendants.

20

21

22

23

24

25

26

27

28

1    The parties hereto having agreed to a settlement of the claims between them, and having

2    stipulated to entry of this consent judgment, it is hereby ORDERED, ADJUDGED AND

3    DECREED:

4    1.    This Court has jurisdiction over defendants UNIVERSALITY & CHANGE

5    LIMITED PARTNERSHIP d/b/a 24 FOOTWEAR, a company of Japan ("24 FOOTWEAR") and

6    ESH INTERNATIONAL, INC., a California corporation ("ESH INTERNATIONAL"), and over

7    the subject matter at issue in this action. 24 FOOTWEAR and ESH INTERNATIONAL consent

8    to jurisdiction of this Court for the purpose of executing and enforcing this Consent Judgment and

9    Permanent Injunction, and the Court retains jurisdiction for this purpose.

10   2.    Plaintiff AIRWAIR INTERNATIONAL LTD. ("AIRWAIR") is the owner of the

11   Dr. Martens® trade dress for footwear and is the owner of several U.S. registrations for its trade

12   dress in the United States Patent and Trademark Office, including "the combination of yellow

13   stitching in the welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as

14   Exhibit 1), the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750,

15   attached as Exhibit 2), its DMS undersole design mark (Reg. No. 2,102,468, attached as Exhibit 3,

16   the "DMS Design Mark"), "the design of an sole edge including longitudinal ribbing, and a dark

17   color band over a light color" (hereafter "two tone grooved sole edge") (Reg. No. 2,104,349,

18   attached as Exhibit 4), and "longitudinal ribbing and a dark color band over a light color on the

19   outer sole edge, welt stitching, and a tab at the top back heel of footwear" (Reg. No. 2,341,976,

20   attached as Exhibit 5) (individually and collectively "AIRWAIR Trade Dress Marks").

21   AIRWAIR has the exclusive right to use each and all of the AIRWAIR Trade Dress Marks in

22   commerce, on or in connection with footwear.

23   3.    24 FOOTWEAR and ESH INTERNATIONAL acknowledge the validity of the

24   trademark registrations attached as Exhibits 1–5 and agree not to contest the validity of such

25   trademarks or AIRWAIR's ownership rights therein, including in any future proceedings between

26   the Parties.

27   4.    24 FOOTWEAR and ESH INTERNATIONAL have distributed, offered for sale

28   and sold shoes and boots that contain contrast stitching in the welt area, a two tone grooved sole

Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105

1  edge, and an undersole bearing the DMS Design Mark, as shown in Exhibit 6 (referred to

2  collectively as "Infringing Footwear").

3       5.    24 FOOTWEAR and ESH INTERNATIONAL represent and warrant that they sold

4  700 pairs of the Infringing Footwear, with sales revenue totaling $32,609.18. 24 FOOTWEAR

5  and ESH INTERNATIONAL further represent that they had 281 pairs of Infringing Footwear

6  remaining in their possession and/or control, and that all such footwear has been destroyed.

7       6.    24 FOOTWEAR and ESH INTERNATIONAL represent and warrant that as of the

8  date of this Agreement, they have discontinued and are not currently manufacturing, licensing,

9  distributing, purchasing or selling the Infringing Footwear.  24 FOOTWEAR and ESH

10 INTERNATIONAL further represent and warrant that they will not in the future manufacture,

11 distribute, sell or offer for sale any other footwear styles that contain the identified trade dress

12 described in the trademark registrations attached as Exhibits 1–5, worldwide.

13      7.    24 FOOTWEAR and ESH INTERNATIONAL represent and warrant that all point-

14 of-sale materials, labels, signs, boxes, prints, catalogs, line sheets, marketing materials, internet

15 web pages, metatags, packages, papers, other trade dress, and advertisements in the possession of

16 24 FOOTWEAR and ESH INTERNATIONAL bearing images, illustrations, or representations of

17 the enjoined shoes and boots, trade dress and undersole patterns have been destroyed.

18      8.    24 FOOTWEAR and ESH INTERNATIONAL, and each of their agents, servants,

19 employees, subsidiaries, affiliates, successors and/or other related companies, and persons in

20 active concert or participation with 24 FOOTWEAR and ESH INTERNATIONAL who receive

21 actual notice of this order by personal service or otherwise, are permanently enjoined from

22 manufacturing, importing, exporting, distributing, licensing, selling, marketing, advertising,

23 promoting or offering for sale any footwear or any component part thereof that utilizes the

24 AIRWAIR Trade Dress Marks, including but not limited to yellow stitching in the welt area, a two

25 tone grooved sole edge, or an undersole bearing the DMS Design Mark.

26

27                  *[The balance of this page is intentionally left blank.]*

28

Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105

1          IT IS SO ORDERED.

2

3    Dated: _____12/30/14_____

4                                        Honorable Susan Illston

5                                        Judge of the District Court

                                        Northern District of California

6

7                                  BRYAN CAVE LLP

8    Dated: ~~November~~ December 30, 2014

9                             By:

                                  Stephanie A. Blazewicz

                                Attorneys for Plaintiff

10                                AIRWAIR INTERNATIONAL LTD.

11

12                                HALEY AUSTIN LAW

13   Dated: November 2, 2014

14                           By:

                                  R. Haley-Austin

                                Attorney for Defendants

15                                UNIVERSALITY & CHANGE LIMITED

                                PARTNERSHIP and ESH INTERNATIONAL,

16                                INC.

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105

# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 2,437,751
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW, AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF YELLOW STITCHING IN THE WELT AREA
AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# EXHIBIT 2

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 2,437,750
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF A WELT STITCH
LOCATED AROUND THE PERIMETER OF FOOT-
WEAR. THE PHANTOM LINING IS NOT A PART
THE MARK, BUT MERELY INDICATES THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# EXHIBIT 3

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,102,468
Registered Oct. 7, 1997

**TRADEMARK**
**PRINCIPAL REGISTER**



R. GRIGGS GROUP LIMITED (UNITED KING-
    DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOR-
    OUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 8-0-1992, FIRST USED IN AN-
OTHER FORM IN 1978; IN COMMERCE

9-0-1992, FIRST USED IN COMMERCE IN AN-
OTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN UNDERSOLE.

SER. NO. 74–502,418, FILED 3–21–1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# EXHIBIT 4

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,104,349

Registered Oct. 7, 1997

## TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
  DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
  UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).
  FIRST   USE   4–1–1960;   IN   COMMERCE
0–0–1984.
  THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN  SOLE  EDGE  INCLUDING  LONGITUDI-
NAL RIBBING, AND A DARK COLOR BAND
OVER A LIGHT COLOR.

SER.  NO.  74–494,464,  FILED  P.R.  2–25–1994;
AM. S.R. 5–30–1997.

CATHERINE  KAISER  KREBS,  EXAMINING
  ATTORNEY

# EXHIBIT 5

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 2,341,976**

## United States Patent and Trademark Office

Registered Apr. 11, 2000

## TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
    DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
    UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
    FIRST    USE    0–0–1960;    IN    COMMERCE
0–0–1984.
    THE MARK CONSISTS OF LONGITUDINAL
RIBBING AND A DARK COLOR BAND OVER

A LIGHT COLOR ON THE OUTER SOLE
EDGE, WELT STITCHING, AND A TAB LO-
CATED AT THE TOP BACK HEEL OF FOOT-
WEAR.

SER. NO. 74–494,465, FILED P.R. 2–25–1994;
AM. S.R. 3–11–1999.

CATHERINE  KAISER  KREBS,  EXAMINING
    ATTORNEY

# EXHIBIT 6























